**EDWARD M. WOLKOWITZ (SBN 068298)**
800 South Figueroa Street, Suite 1260
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
emw@lnbyb.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re<br><br>CYNTHIA ALEECE WILLIAMS<br><br>          Debtor(s) | CASE NO. 2:13-bk-33698-ER<br><br>CHAPTER 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |
|---|---|

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 124, in the sum of $6,147.81, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is as follows:

| CYNTHIA ALEECE WILLIAMS<br>9201 South 7TH AVENUE<br>INGLEWOOD, CA 90305 | $6,147.81 | Surplus Funds to Debtor |
|---|---|---|

Dated: September 20, 2016

　　　　　　　　　　　　　　　　　　/s/ Edward M. Wolkowitz
　　　　　　　　　　　　　　　　　　EDWARD M. WOLKOWITZ
　　　　　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE

**ASSOCIATED BANK**

EDWARD M. WOLKOWITZ,
CHAPTER 7 TRUSTEE
800 South Figueroa Street
Suite 1260
Los Angeles, CA  90017

FRBP 3011 UNCLAIMED DIVIDENDS - SURPLUS FUNDS TO DEBTOR

CHECK NUMBER: 124

DATE: 9/13/16

AMOUNT: **********6,147.81

CASE NUMBER: 2:13-33698-ER

ESTATE OF
Debtor: CYNTHIA ALEECE WILLIAMS

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
255 E. TEMPLE STREET, SUITE 940
LOS ANGELES, CA  90012

Six Thousand One Hundred Forty Seven Dollars And 81/100

CHAPTER 7 TRUSTEE

THIS CHECK VOID AFTER 90 DAYS

⑈000124⑈ ⑆075900575⑆ 2221651611⑈

---

| Date: 9/13/16 | Check Number: 124 | Amount: $6,147.81 |
|---|---|---|

Case Number 2:13-33698-ER
Debtor Name: CYNTHIA ALEECE WILLIAMS

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>255 E. TEMPLE STREET, SUITE 940<br>LOS ANGELES, CA  90012 | Trustee: | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE<br>800 South Figueroa Street<br>Suite 1260<br>Los Angeles, CA  90017 |
|---|---|---|---|

Description:  FRBP 3011 UNCLAIMED DIVIDENDS - SURPLUS FUNDS TO DEBTOR

Bank Account Number: 2221651611

---

| Date: 9/13/16 | Check Number: 124 | Amount: $6,147.81 |
|---|---|---|

Case Number 2:13-33698-ER
Debtor Name: CYNTHIA ALEECE WILLIAMS

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>255 E. TEMPLE STREET, SUITE 940<br>LOS ANGELES, CA  90012 | Trustee: | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE<br>800 South Figueroa Street<br>Suite 1260<br>Los Angeles, CA  90017 |
|---|---|---|---|

Description:  FRBP 3011 UNCLAIMED DIVIDENDS - SURPLUS FUNDS TO DEBTOR

Bank Account Number: 2221651611

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

800 South Figueroa Street, Suite 1260, Los Angeles, CA  90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ATTORNEY FOR DEBTOR Robert S Altagen     rsaink@earthlink.net
- ATTORNEY FOR CREDITOR Shannon O Nelson     snelson@fnlaw.net
- ATTORNEY FOR CHAPTER 7 TRUSTEE Carmela Pagay     ctp@lnbyb.com
- ATTORNEY FOR CREDITOR John D Thieben     john.d.thieben@wellsfargo.com
- UNITED STATES TRUSTEE United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- INTERESTED PARTY Darlene C Vigil     cdcaecf@bdfgroup.com
- CHAPTER 7 TRUSTEE Edward M Wolkowitz (TR)     emwtrustee@lnbrb.com, ewolkowitz@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE
Honorable Ernest M. Robles
255 E Temple St., Suite 1560
Los Angeles, CA  90012

DEBTOR
Cynthia Aleece Williams
9201 S. 7th Avenue
Inglewood, CA 90305
LOS ANGELES-CA

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 20, 2016          Marisol Jaramillo
*Date*                              *Printed Name*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**